Louis Kass, Respondent, v. Equitable Life Assurance Society of the United States, Appellant.— Judgment and order so far as appealed from affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

Harry Rittner and Sam Jacobs, Respondents, v. Louis M. Kommel and David Needleman, Appellants, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants, appellants, to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

George Dietz, as Executor, etc., of Lina Annus, Deceased, Appellant, v. Belle Loewi, Executrix, etc., of Maier Loewi, Deceased, and Leopold Mendel, Individually, and as Surviving Member of the Firm of Kern, Loewi & Mendel, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

William P. McGarry & Co., Plaintiff, v. Graybar Construction Corporation, Respondent, Impleaded with Ætna Casualty and Surety Company, Defendant, and The Board of Education of the City of New York, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

Frederick C. McLaughlin and Others, Appellants, v. Lee McCanliss, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

Standard Varnish Works, Respondent, v. R. H. A. Realty Corporation and Others, Defendants, Impleaded with Henrietta Goldfein and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of Frederick R. Ryan, as Ancillary Executor, etc., of Patrick J. McMoran, Deceased.*— Order affirmed, with costs to the respondents payable out of the estate. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

Bernard Goodwin, Respondent, v. Arthur C. Mower, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

The People of the State of New York, Respondent, v. Agnes Alberts, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

The Bishop & Babcock Sales Co., Respondent, v. H. Homer & Son, Inc., Appellant, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

Henry E. Dawson, Appellant, v. John Pierpont Morgan and Others, Individually and as Copartners, etc., Respondents, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Sherman and Townley, JJ.

*Appeal dismissed, 259 N. Y. 62ᵈ.